# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: NADINE M. STRAMAGLIO  
3131 PARTRIDGE LANE  
BELVIDERE, IL  61008

SSN-xxx-xx-7853

Case Number: 07-73053

Case filed on: 12/18/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,400.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY DAVID H CARTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | NADINE M. STRAMAGLIO | 0.00 | 0.00 | 1,400.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,400.00 | 0.00 |
| 002 | OCWEN FEDERAL BANK FSB | 173,777.79 | 0.00 | 0.00 | 0.00 |
| 003 | OCWEN FEDERAL BANK FSB | 42,430.68 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 216,208.47 | 0.00 | 0.00 | 0.00 |
| 001 | FISHER & SHAPIRO | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 775.44 | 15.51 | 0.00 | 0.00 |
| 006 | DRIVE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INSIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NAVARRETE PONTAIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AFNI/VERIZON | 651.41 | 13.03 | 0.00 | 0.00 |
| 011 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | GEORGETTE STRAMAGLIO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 1,426.85 | 28.54 | 0.00 | 0.00 |
|  | Grand Total: | 217,635.32 | 28.54 | 1,400.00 | 0.00 |

Total Paid Claimant:      $1,400.00  
Trustee Allowance:           $0.00          Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:      0.00          discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  06/25/2008          By  /s/Heather M. Fagan